## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RICARDO REBALDO**                      **CIVIL ACTION**

**VERSUS**                               **NO. 14-1705**

**SHARRON BROWN, ET AL**                 **SECTION: "B"(2)**

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the complaint filed by Ricardo Rebaldo is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 22nd day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE